ACCEPTED
12-14-00274-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/26/2015 4:31:35 PM
CATHY LUSK
CLERK

## NO. 12-14-00274-CR

**IN THE**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

**TWELFTH COURT OF APPEALS**

6/26/2015 4:31:35 PM
CATHY S. LUSK
Clerk

**TYLER, TEXAS**

**BRANDON KEIONE WILLIAMS, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

**STATE'S MOTION TO
EXTEND TIME FOR FILING STATE'S BRIEF**

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW**, the State of Texas by and through her Assistant Criminal District Attorney, Scott C. Holden, and hereby requests an extension of the time period for the filing of the State's Brief and in support of same would show the court as follows:

1.   Appellant's brief was filed with this honorable Court on May 29, 2015.

2.   The State's Brief is due on or before June 29, 2014.

3.   This is the State's first request for an extension.

4.   This assistant district attorney prepared for and tried a Felon in Possession of a Firearm case the week of June 1, 2015.

5.   This assistant district attorney prepared for and tried an Aggravated Assault with a Deadly weapon case the week of June 8, 2015

6.      This assistant district attorney is on a family vacation starting June 26, 2015 lasting through July 5, 2015.

7.      Due to the above circumstances, the undersigned will not be able to complete the State's brief by the current due date. The undersigned is not seeking this extension for the purposes of delay.

**WHEREFORE**, for the foregoing reasons, the State respectfully prays that this Honorable Court extend the time for filing the State's brief in this cause for 30 days making the due date approximately July 29, 2015.

Respectfully submitted by,

**SCOTT C. HOLDEN,**
**1ˢᵗ ASSISTANT DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24036795**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Extend Time for filing State's

Brief has been sent by email to Phil Fletcher, this the 26th day of September, 2015.

**SCOTT C. HOLDEN,**
**1st ASSISTANT DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24036795**

**THE STATE OF TEXAS** §
§
**COUNTY OF ANDERSON** §

## AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **SCOTT C. HOLDEN**

who states on oath that the facts contained in the State's Motion for Extension of Time to File Brief

in <u>BRANDON KEIONE WILLIAMS vs. The State of Texas</u>, (Trial Court Cause Nos. 31599 in the

Third Judicial District Court of Anderson County), Case No. **12-14-00274-CR** in the Twelfth Court

of Appeals, Tyler, Texas are true and correct to the best of my knowledge.

**SCOTT C. HOLDEN, 1st ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24036795**

Given under my hand and seal of office this the 26th day of June, 2015.

**NOTARY PUBLIC**
**FOR THE STATE OF TEXAS**
**COUNTY OF ANDERSON**

MY COMMISSION EXPIRES: _11/13/18_ .

